# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH LEARVEAL STAUCH III,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 25-00386-KD-B |
| | ) |
| **RICHARD HETRICK,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. GenLR 72(a)(2), and dated January 30, 2026 (doc. 7) is ADOPTED as the opinion of this Court.

Accordingly, this action is dismissed without prejudice for failure to prosecute and failure to obey the Court's order.

DONE and ORDERED this 4th day of March 2026.

                                                         s/ Kristi K. DuBose
                                                         KRISTI K. DuBOSE
                                                         UNITED STATES DISTRICT JUDGE